UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY COMPANY<br><br>        Plaintiff,<br><br>vs.<br><br>TRI STAR ROUTES; MAKHARE KIMADZE; ESQUIRE LOGISTICS CO.; DANIELLE PARKER-MASON; ABC INSURANCE COMPANIES 1-10 (said names and identities being FICTITIOUS AND presently unknown); JOHN DOES 1-10 (said names and identities being FICTITIOUS AND presently unknown),<br><br>        Defendants | Civil Action No. 1:25-cv-00609-KMW-EAP<br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff ARTISAN AND TRUCKERS CASUALTY COMPANY and/or their counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants TRI STAR ROUTES; MAKHARE KIMADZE; ESQUIRE LOGISTICS CO. and DANIELLE PARKER-MASON.

Dated: May 12, 2025

LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC

By: _____*Vanessa L. Koppel*_____
       VANESSA L. KOPPEL, ESQ.
       LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC
       Red Bank Corporate Center
       157 Broad Street, Suite 204
       Red Bank, New Jersey 07701
       vkoppel@vkoppel-law.com
       *Attorneys for Plaintiff*
       *ARTISAN AND TRUCKERS CASUALTY CO.*